# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CEDRIC A. LOVEJOY, ) <br> ) <br> Defendant. ) | Case No. 6:13-cr-03089-MDH |

## ORDER

Before the Court is Defendant's Emergency Motion for Reconsideration of Compassionate Release. (Doc. 69). Defendant asks the Court to reconsider its previous Order denying compassionate release to Defendant (Doc. 68). After careful consideration, the Court hereby **DENIES** Defendant's motion. The Court finds that the Defendant has not established that new circumstances warrant a reconsideration of the previous Order.

**IT IS SO ORDERED**.

DATED: December 8, 2020        */s/ Douglas Harpool*
                             **DOUGLAS HARPOOL**
                             **UNITED STATES DISTRICT JUDGE**